United States Bankruptcy Court
Northern District of California

In re:  
Jorge Almanza Martin Del Campo  
    Debtor

Case No. 25-41405-CN  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 2  
Date Rcvd: Aug 06, 2025     Form ID: 309E1     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jorge Almanza Martin Del Campo, 4838 Bancroft Ave, Oakland, CA 94601 |
| aty | + | Phillip John Shine, DOJ-Ust, 450 Golden Gate Avenue, Room 05-0153, San Francisco, CA 94102-3661 |
| 15790105 | + | Barry Chin, Susan Chin, Trustees, 20232 Blauer Dr, Saratoga, CA 95070-4308 |
| 15790108 | + | Chin-Chai Low, Lai-Fen Wong , Trustees, 20232 Blauer Dr, Saratoga, CA 95070-4308 |
| 15790109 | + | Chin-Chai Low, Trustee, 20232 Blauer Dr, Saratoga, CA 95070-4308 |
| 15790110 | + | East Bay Municipal Utility District, 375 11th St, Mail Stop #106, Oakland, CA 94607-4240 |
| 15790112 | + | Felipe Pinedo, 9440 Parrett Rd, Patterson, CA 95363-8603 |
| 15790113 | + | Felipe R. Pinedo, 2090 Hillside Dr, San Leandro, CA 94577-6350 |
| 15790833 | | Francisco Javier Almanza Martin, DelCampo, Carr Panamericana 209, Centro,, 20920 Jes?s G?mez, Portugal,Ags., Mexico |
| 15790116 | + | Jaime Privat, 15995 Gramercy Dr, San Leandro, CA 94578-1108 |
| 15790117 | + | Omega Realty & Lending, Inc., 22201 Ventura Blvd 201, Woodland Hills, CA 91364-1531 |
| 15790118 | + | Siva Uppalapati and Padma Uppalapati, Tr, 20232 Blauer Dr, Saratoga, CA 95070-4308 |
| 15790119 | + | Twin Rivers Capital, 2255 Watt Ave 125, Sacramento, CA 95825-0599 |
| 15790122 | + | Westlake Financial, P.O. Box 76814, Los Angeles, CA 90076-0814 |
| 15790123 | + | Yazuri Molina, 4824 Bancroft Ave, Oakland, CA 94601-5368 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: evanmlivingstone@gmail.com | Aug 07 2025 00:50:00 | Evan Livingstone, Law Office of Evan Livingstone, 2585 Sebastopol Rd, Ste Unit 7265, Santa Rosa, CA 95407 |
| smg | | EDI: EDD.COM | Aug 07 2025 04:41:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 07 2025 04:41:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Aug 07 2025 04:41:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | | EDI: IRS.COM | Aug 07 2025 04:41:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Aug 07 2025 00:46:53 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| ust | + | Email/Text: ustpregion17.oa.ecf@usdoj.gov | Aug 07 2025 00:51:00 | Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15790106 | | EDI: CALTAX.COM | Aug 07 2025 04:41:00 | California Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 15790107 | + | Email/Text: PMATAMOROS@CALTDS.COM | Aug 07 2025 00:51:00 | California TD Specialists, 8190 East Kaiser Blvd, |

Case: 25-41405    Doc# 15    Filed: 08/08/25    Entered: 08/08/25 21:21:03    Page 1 of 4

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Anaheim, CA 92808-2215 |
| 15790111 | | Email/Text: LMitchell@myfci.com | Aug 07 2025 00:51:00 | FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 15790120 | + | Email/Text: rmcbknotices@wm.com | Aug 07 2025 00:52:00 | Waste Management of Alameda County, Inc., 172 98th Ave, Oakland, CA 94603-1004 |
| 15790121 | | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 07 2025 00:52:00 | Westlake Financial, P.O. Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - OK |
| 15790114 | | Francisco Javier Almanza Martin DelCampo, Carr Panamericana 209, Centro, 20920 Jes |
| 15790115 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Evan Livingstone | on behalf of Debtor Jorge Almanza Martin Del Campo evanmlivingstone@gmail.com  evanlivingstone@ecf.courtdrive.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak phillip.shine@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Jorge Almanza Martin Del Campo<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0000<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: California Northern Bankruptcy Court | Date case filed for chapter: 11  8/4/25 | |
| Case number: 25–41405 | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case                                           12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jorge Almanza Martin Del Campo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4838 Bancroft Ave<br>Oakland, CA 94601 | |
| 4. | **Debtor's attorney**<br>Name and address | Evan Livingstone<br>Law Office of Evan Livingstone<br>2585 Sebastopol Rd<br>Ste Unit 7265<br>Santa Rosa, CA 95407 | Contact phone 707–280–2791 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612 | Hours open:<br>Monday – Friday 9:00 am to 4:30 pm<br><br>Contact phone (888) 821–7606<br><br>Date: 8/6/25 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 8, 2025 at 11:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**  Teleconference, Call in number: 1–888–330–1716, Passcode: 8324431 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 5. | | |

| | | |
|---|---|---|
| **7.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable** (see line 10 for more information):  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6),  **the deadline is:  11/7/25.** |
| | **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim:**  **For all creditors (except a governmental unit):**                        **12/8/25**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| | | **Deadline to object to exemptions:**                       **Filing Deadline:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.               30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |

| | | |
|---|---|---|
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |

| | | |
|---|---|---|
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |