Entered on Docket
September 15, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  Evan Livingstone, SBN 252008
   Law Office of Evan Livingstone         The following constitutes the order of the Court.
2  2585 Sebastopol Rd, Ste 7265           Signed: September 15, 2025
   Santa Rosa CA 95407
3  Phone: (707) 280-2791
   Fax:    (707) 626-9112
4  Email: evanmlivingstone@gmail.com
                                          _____
5  Attorney for Debtor-In-Possession      Charles Novack
   Jorge Almanza Martin Del Campo         U.S. Bankruptcy Judge
6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No.    25-41405 CN |
|---|---|
| Jorge Almanza Martin Del Campo | Chapter    11 |
| Debtor-In-Possession | **INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL** |
| | Date:    September 12, 2025<br>Time:    11:00 AM |
| | Judge:   Hon. Charles Novack<br>Ctrm:    1300 Clay St, Ctrm 215<br>Via Zoom Video Conference |

The motion of Debtor Jorge Almanza Martin Del Campo for an Order Authorizing Use of Cash Collateral pursuant to Bankruptcy Code § 363, [Dkt # 27] filed August 29, 2025, came before this Court by noticed hearing. Evan Livingstone appeared for the Debtor. Phillip J. Shine appeared for the Office of the United States Trustee, Joshua L. Scheer appeared for Twin Rivers Capital a California Corporation, and Omega Realty & Lending, Inc. After considering the pleadings in support and against, and hearing oral arguments, for the reasons stated on the record, THE COURT ORDERS as follows:

The Motion to Use Cash Collateral is granted on an interim basis. Debtor is authorized to pay the following expenses for the month of September 2025 only:

| | |
|---|---|
| PGE (electricity) | $270.00 |
| EBMUD (water & sewer) | $550.00 |
| Waste Management (garbage) | $450.00 |
| Repairs to Building | $500.00 |
| Truck Insurance | $215.03 |

Case: 25-41405    Doc# 38    Filed: 09/15/25    Entered: 09/15/25 19:40:16    Page 1 of 3

| | |
|---|---|
| Gas for Truck | $225.00 |
| Phone | $225.00 |
| Management Expense | $1,700.00 |
| Total Authorized Expenses | $4,135.03 |

IT IS FURTHER ORDERED that:

By 9/19/2025, Debtor shall provide his Bank of America's bank statements for the last wo months to Creditor Twin Rivers Capital a California Corporation, Omega Realty & Lending, Inc, and to the U.S. Trustee.

By 9/23/2025, Debtor shall provide copy of his property insurance policy to Creditor Twin Rivers Capital a California Corporation, Omega Realty & Lending, Inc, and to the U.S. Trustee.

A continued preliminary hearing on Debtor's Motion to Use Cash Collateral is scheduled for 09/25/2025 at 11:00 AM in/via Oakland Room 215 - Novack.

The Status Conference is also continued to 09/25/2025 at 11:00 AM in/via Oakland Room 215 - Novack

Any written opposition to Debtor's Motion to Use Cash Collateral must be filed by 12:00 PM on 9/24/2025.

Debtor's counsel shall provide notice of the continued hearing.

*** END OF ORDER ***

Approved as to form:

Dated: September 15, 2025    /s/Phillip J. Shine
                             Phillip J. Shine, Attorney for
                             Office of the United States Trustee

Dated: September 15, 2025    /s/Joshua L. Scheer
                             Joshua L. Scheer, Attorney for
                             Twin Rivers Capital a California Corporation
                             and Omega Realty & Lending, Inc.

**COURT SERVICE LIST**

Case: 25-41405    Doc# 38    Filed: 09/15/25    Entered: 09/15/25 19:40:16    Page 3 of 3