# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

In Re. Jorge Almanza Martin Del Campo

§
§
§
§

Case No. 25-41405

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025

Petition Date: 08/04/2025

Months Pending: 1

Industry Classification: 0 0 0 0

Reporting Method:         Accrual Basis ◯         Cash Basis ⦿

Debtor's Full-Time Employees (current):         0

Debtor's Full-Time Employees (as of date of order for relief):         0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Evan Livingstone
Signature of Responsible Party

Evan Livingstone
Printed Name of Responsible Party

09/21/2025
Date

2585 Sebastopol Rd, Unit 7265, Santa Rosa CA 95407
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)
1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $960 | |
| b. Total receipts (net of transfers between accounts) | $7,700 | $0 |
| c. Total disbursements (net of transfers between accounts) | $6,406 | $0 |
| d. Cash balance end of month (a+b-c) | $2,253 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $6,406 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| | | | | | |
|------|--|--|--|--|--|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ⦿  No ◯

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ⦿  No ◯

c. Were any payments made to or on behalf of insiders?  Yes ◯  No ⦿

d. Are you current on postpetition tax return filings?  Yes ⦿  No ◯

e. Are you current on postpetition estimated tax payments?  Yes ⦿  No ◯

f. Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ⦿  No ◯

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◯  No ◯  N/A ⦿

i. Do you have:    Worker's compensation insurance?  Yes ◯  No ⦿

   If yes, are your premiums current?  Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

   Casualty/property insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ◯  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?  Yes ⦿  No ◯

   If yes, are your premiums current?  Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ◯  No ⦿

k. Has a disclosure statement been filed with the court?  Yes ◯  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $7,700 |
| d. | Total income in the reporting period (a+b+c) | $7,700 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $2,161 |
| g. | Living expenses | $749 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,909 |
| j. | Difference between total income and total expenses (d-i) | $4,790 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/Jorge Almanza Martin Del Campo | Jorge Almanza Martin Del Campo |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 09/21/2025 |
| Title | Date |


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

In Re.     Jorge Almanza Martin Del Campo
Case No.   25-41405
Period:    8/4/2025 to 8/31/2025

<u>ATTACHMENT TO MONTHLY OPERATING REPORT</u>

**Part 7: Questionnaire - During this reporting period:**

*a. Were any payments made on prepetition debt? Yes*

Explanation:

1) On or about August 1, 2025, Debtor borrowed $3,000 from Estevan Zeceña Castillo. Debtor used this money make his August 2025 mortgage payment to secured creditor Felipe Pineda. Then on August 8, 2025, Debtor withdrew cash from his Bank of America account and paid Estevan Zeceña Castillo back the $3,000. Debtor is attempting to recover this payment from Mr. Zeceña Castillo.

2) On August 6, 2025, Debtor paid $372.85 to secured creditor Westlake Financial, which is the loan for Debtor's 2012 Ford F150. This creditor will as been advised of the bankruptcy, and will not be taking any more payments.

3) On August 12, 2025, Debtor paid $124.03 to Acima, which is the loan for the tires on Debtor's 2012 Ford F150.

*b. Were any payments made outside the ordinary' course of business without court approval? Yes.*

Explanation:

Debtor spent $6,406.19 in cash collateral with the approval of secured creditors or court approval. $3,000 of this was used to pay back Estevan Zeceña Castillo $3,000, Debtor borrowed to pay secured creditor Felipe Pineda. $2,160.72 was used for expenses related to the Real Property, including a payment of $1,707.43 to Royal Guard Insurance. Debtor spent $748.62 on personal expenses.

## Debtors' Transactions 8/5/2025 to 8/31/2025

| Date | Amount | Description | Category |
|------|--------|-------------|----------|
| 8/5/2025 | $ 1,852.20 | Rental Income | Rental Income |
| 8/5/2025 | $ 1,447.58 | Rental Income | Rental Income |
| 8/5/2025 | $ (200.00) | Cash/Esteban | Personal |
| 8/5/2025 | $ (25.41) | Farmers Life Ins | Personal |
| 8/6/2025 | $ (405.05) | Bristol West | Insurance |
| 8/6/2025 | $ (372.84) | Westlake | Truck Payment |
| 8/6/2025 | $ (31.63) | Target | Personal |
| 8/6/2025 | $ (58.20) | Mi Rancho Supermarket | Personal |
| 8/7/2025 | $ (62.96) | Rico Sabor | Personal |
| 8/8/2025 | $ (137.86) | Chevron | Gas |
| 8/8/2025 | $ (1,900.00) | Estevan Zecena Castillo | Preference |
| 8/8/2025 | $ (1,000.00) | Estevan Zecena Castillo | Preference |
| 8/11/2025 | $ 1,900.00 | Rental Income | Rental Income |
| 8/12/2025 | $ (124.03) | ACIMA | Tire Payment |
| 8/13/2025 | $ 300.00 | Rental Income | Rental Income |
| 8/13/2025 | $ 200.00 | Rental Income | Rental Income |
| 8/18/2025 | $ (136.48) | Chevron | Gas |
| 8/19/2025 | $ (39.69) | La Nopalera Produce | Personal |
| 8/19/2025 | $ (54.57) | Farfield Gas | Gas |
| 8/20/2025 | $ 2,000.00 | Rental Income | Rental Income |
| 8/20/2025 | $ (1,707.43) | Royal Guard Ins. | Insurance |
| 8/20/2025 | $ (12.00) | Bank of America | Bank Fee |
| 8/22/2025 | $ (74.30) | Petlabco | Guard Dogs |
| 8/26/2025 | $ (63.74) | Farmers Life Ins | Personal |

# Bank Statements



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JORGE ALMANZA MARTIN DEL CAMPO
4838 BANCROFT AVE
OAKLAND, CA 94601

# Your Adv Plus Banking

for July 22, 2025 to August 19, 2025

Account number: ▮▮▮▮ 2465

**JORGE ALMANZA MARTIN DEL CAMPO**

## Account summary

| | |
|---|---|
| Beginning balance on July 22, 2025 | $326.04 |
| Deposits and other additions | 10,868.96 |
| Withdrawals and other subtractions | -9,072.41 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on August 19, 2025** | **$2,110.59** |

---

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

**Scan the code to learn more or visit: bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile
Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and
data rates may apply.

SSM-00-24-0541A-1-6/'09305

---

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA1

Case: 25-41405   Doc# 39   Filed: 09/21/25   Entered: 09/21/25 22:35:19   Page 16 of
23

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and 🏠 Equal Housing Lender

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 07/23/25 | BKOFAMERICA ATM 07/23 #000007597 DEPOSIT CASTRO VALLEY    CASTRO VALLEY CA | 3,500.00 |
| 07/29/25 | BOFA FIN CTR   07/29 #000001380 DEPOSIT 303 Hegenberger R  Oakland    CA | 469.18 |
| 08/01/25 | Zelle payment from JENIFFER GUTIERREZ for "PAGO DE RENTA JENY"; Conf# T0Z4BSVJM | 1,200.00 |
| 08/05/25 | Zelle payment from JUAN SUAREZ for "RENTA"; Conf# T0Z4Q8Y87 | 1,852.20 |
| 08/05/25 | BKOFAMERICA BC 08/05 #000001625 FR CHKG | 1,447.58 |
| 08/11/25 | Zelle payment from JERRY GUSTAVO TEC KOYOC for "renta"; Conf# 99bj2v6xi | 1,900.00 |
| 08/13/25 | BKOFAMERICA ATM 08/13 #000001214 DEPOSIT MACARTHUR-39TH     OAKLAND     CA | 300.00 |
| 08/18/25 | BKOFAMERICA ATM 08/18 #000002473 DEPOSIT MACARTHUR-39TH     OAKLAND     CA | 200.00 |
| **Total deposits and other additions** | | **$10,868.96** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 07/22/25 | CHECKCARD  0720 ROSS STORES #1903 SAN LEANDRO  CA 24610435202004028195012 | -65.34 |
| 07/23/25 | PURCHASE   0722 PETLABCO.THEPETLABCO.CNY | -74.30 |
| 07/23/25 | CHECKCARD  0722 CHEVRON 0098139 SAN LEANDRO CA 24692165203101117913488 | -109.78 |
| 07/23/25 | CHECKCARD  0723 PG E EZ PAY OAKLAND    CA | -1,129.18 |
| 07/25/25 | CHECKCARD  0724 GP ACCOUNTING & TAX SE HAYWARD       CA 24692165206103051070405 | -80.00 |
| 07/28/25 | CHECKCARD  0727 PANDA EXPRESS #1022 P olo.com     CA 24431065209254762874810 | -49.28 |
| 07/28/25 | THE HOME DEPOT 07/28 #000677886 PURCHASE THE HOME DEPOT #0 SAN LEANDRO  CA | -121.42 |
| 07/28/25 | FARMERS N W LIFE DES:INS. PREM  ID:XXXXXXXXX  INDN:JORGE ALMANZA      CO  ID:9576858102 PPD | -63.74 |
| 07/29/25 | CHECKCARD  0728 EL FAROLITO 4 OAKLAND      CA 24717055209172097469237 | -34.90 |
| 07/29/25 | CHECKCARD  0729 TMOBILE POSTPA BELLEVUE    WA | -526.88 |
| 07/29/25 | BKOFAMERICA BC 07/29 #000001375 WITHDRWL | -100.00 |
| 07/30/25 | Zelle payment to Erik Conf# qp9khvk6u | -750.00 |

*continued on the next page*

Better Money Habits®

## What are your financial goals?

Better Money Habits® helps you make sense of your money and take charge of your financial life. You have the power to pursue your savings, credit and general money goals with education, tools - and confidence.

### Scan this code to get started today at BetterMoneyHabits.com.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Bank of America, N.A., Member FDIC. Equal Housing Lender ©2025 Bank of America Corporation. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

SSM-12-24-0010 B | 7519058

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/25 | BKOFAMERICA BC 07/30 #000006155 WITHDRWL | -115.00 |
| 07/31/25 | CHECKCARD 0730 EL FAROLITO 4 OAKLAND CA 24717055211272111135271 | -30.81 |
| 07/31/25 | USPS PO 055528 07/31 #000127081 PURCHASE USPS PO 05552800 OAKLAND CA | -32.60 |
| 07/31/25 | Zelle payment to Erik Conf# oenkOlb7o | -950.00 |
| 08/04/25 | CHECKCARD 0802 CHEVRON 0098139 SAN LEANDRO CA 24692165214100460986676 | -73.16 |
| 08/04/25 | CHECKCARD 0801 LAZ PKG OAKLAND OAKLAND CA 24040475215900018892214 | -15.00 |
| 08/04/25 | THE HOME DEPOT 08/02 #000155238 PURCHASE THE HOME DEPOT #6 LIVERMORE CA | -85.10 |
| 08/04/25 | CHECKCARD 0802 IN-N-OUT SAN LEANDRO SAN LEANDRO CA 24692165215101838590462 | -24.59 |
| 08/04/25 | CVS/PHARMACY # 08/02 #000048554 PURCHASE 09226--3320 Fruit Oakland CA | -52.31 |
| 08/04/25 | THE HOME DEPOT 08/03 #000086756 PURCHASE THE HOME DEPOT #1 OAKLAND CA | -40.30 |
| 08/05/25 | BKOFAMERICA ATM 08/05 #000001901 WITHDRWL SOUTH SHORE ALAMEDA CA | -200.00 |
| 08/05/25 | FARMERS N W LIFE DES:INS. PREM ID:XXXXXXXXX INDN:JORGE ALMANZA CO ID:9576858102 PPD | -25.41 |
| 08/06/25 | CHECKCARD 0805 BRISTOL WEST INSURANCE 888-888-0080 FL 24692165217100913485331 | -405.05 |
| 08/06/25 | CHECKCARD 0806 ACI*WESTLAKE PAYMENT 323-692-8800 CA 24692165218101065285890 | -372.84 |
| 08/06/25 | TARGET T- 1555 08/06 #000054471 PURCHASE TARGET T- 15555 E San Leandro CA | -31.63 |
| 08/06/25 | MI RANCHO SUPE 08/06 #000468248 PURCHASE MI RANCHO SUPERMA SAN LEANDRO CA | -58.20 |
| 08/07/25 | CHECKCARD 0806 SPO*RICOSABORCATRACHO2 OAKLAND CA 24137465218501012961146 | -62.96 |
| 08/08/25 | CHECKCARD 0807 CHEVRON 0098139 SAN LEANDRO CA 24692165219102542064774 | -137.86 |
| 08/08/25 | BKOFAMERICA BC 08/08 #000001255 WITHDRWL | -1,900.00 |
| 08/08/25 | BKOFAMERICA BC 08/08 #000001259 WITHDRWL | -1,000.00 |
| 08/12/25 | ACIMA DES:JA1X5D32AB ID:801-297-1982 INDN:JORGE ALMANZA MARTIN D CO ID:5330903620 WEB | -124.03 |
| 08/18/25 | CHECKCARD 0816 CHEVRON 0098139 SAN LEANDRO CA 24692165228100945134573 | -136.48 |
| 08/19/25 | CHECKCARD 0817 LA NOPALERA PRODUCE OAKLAND CA 24183105230900018800267 | -39.69 |
| 08/19/25 | CHECKCARD 0819 FAIRFIELD GAS FAIRFIELD CA | -54.57 |

**Total withdrawals and other subtractions**        **-$9,072.41**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $30.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 07/22/25 | Monthly Maintenance Fee | -12.00 |

**Total service fees**      **-$12.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Case: 25-41405    Doc# 39    Filed: 09/21/25    Entered: 09/21/25 22:35:19    Page 20 of 23

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

JORGE ALMANZA MARTIN DEL CAMPO
4838 BANCROFT AVE
OAKLAND, CA 94601

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking

for July 22, 2025 to August 19, 2025

**JORGE ALMANZA MARTIN DEL CAMPO**

Account number: ███ 2465

## Account summary

| | |
|---|---|
| Beginning balance on July 22, 2025 | $326.04 |
| Deposits and other additions | 10,868.96 |
| Withdrawals and other subtractions | -9,072.41 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on August 19, 2025** | **$2,110.59** |

---

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

**Scan the code to learn more or visit: bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile
Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and
data rates may apply.

Case: 25-41405   Doc# 39   Filed: 09/21/25   Entered: 09/21/25 22:35:19   Page 21 of
23


JORGE ALMANZA MARTIN DEL CAMPO     ADV PLUS BANKING

\*\*\*\* \*\*\*\* 2465

Last Posting Date 09/17/2025          Date/Time Printed 9/18/2025 1:53 PM EST

### Since Last Statement Summary

Last Statement Date 08/19/2025

| | | | |
|---|---|---|---|
| Balance Last Statement ($) | | $2,110.59 | |
| Deposits/Credits (+) | # 8 | $13,068.96 | Holds (-) |
| Withdrawals/Debits (-) | # 37 | $9,530.41 | Pending Credits (+) |
| Available Balance ($) | | $8,818.55 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | | | | Type | Amount | Available Balance |
|---|---|---|---|---|---|---|---|
| | Amount included in Available Balance | | | | | | |
| Processing | PURCHASE 09/18 ROYAL GUARD INSURAN... +16506006782 CA | | | | Debit | -$446.00 | $8,818.55 |
| Processing | TELLER TRANSACTION CREDIT ON 09/18 | | | | Credit | $2,200.00 | $9,264.55 |
| 09/15/2025 | LAS MON HAYWAR 09/13 #000988100 PURCHASE | 20800 Mission Blv Hayward | CA | | Debit | -$311.28 | $7,064.55 |
| 09/10/2025 | ACIMA - JA1X   DES:JA1X018652 ID:801-297-1982  INDN:JORGE ALMANZA MARTIN D  CO ID:5330903620 WEB | | | | Other Payment | -$124.03 | $7,375.83 |
| 09/10/2025 | Zelle payment from    ... | JERRY GUSTAVO TEC KOYOC | for | | Transfer | $1,900.00 | $7,499.86 |
| 09/04/2025 | FARMERS N W LIFE DES:INS. PREM ID:009880242   INDN:JORGE ALMANZA   CO ID:9576858102 PPD | | | | Other Payment | -$25.41 | $5,599.86 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) included in Previous Statement(s).

\*\*\*\* \*\*\*\* 2465

00-14-9036M 11-2010
   NCA

Page 1

| Date | Description | | | | Type | Amount | Available Balance |
|------|-------------|--|--|--|------|--------|-------------------|
| 09/04/2025 | BKOFAMERICA BC 09/04 #000005584 FR CHKG | 1400 E 14th St | San Leandro CA | | Credit | $1,519.95 | $5,625.27 |
| 09/02/2025 | Zelle payment from | JUAN SUAREZ | for | ... | Transfer | $1,852.20 | $4,105.32 |
| 08/26/2025 | FARMERS N W LIFE DES:INS. PREM ID:002724734 PPD | INDN:JORGE ALMANZA | | CO ID:9576858102 | Other Payment | -$63.74 | $2,253.12 |
| 08/22/2025 | PURCHASE 0821 PETLABCO | THEPETLABCO.CNY 24000775233100032816831 | | | Mobile | -$74.30 | $2,316.86 |
| 08/20/2025 | Monthly Maintenance Fee | | | | Fee | -$12.00 | $2,391.16 |
| 08/20/2025 | CHECKCARD 0819 ROYAL GUARD INSURAN... | USEASCEND.COMCA 24000775232100001056964 | | | Debit | -$1,707.43 | $2,403.16 |
| 08/20/2025 | Zelle payment from | RODOLFO ROBLES RENTERIA | Conf# nr0kwyv6e | | Transfer | $2,000.00 | $4,110.59 |
| 08/19/2025 | CHECKCARD 0819 FAIRFIELD GAS | FAIRFIELD CA | | | Debit | -$54.57 | $2,110.59 |
| 08/19/2025 | CHECKCARD 0817 LA NOPALERA PRODUCE | OAKLAND | CA 24183105230900018800267 | | Debit | -$39.69 | $2,165.16 |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) included in Previous Statement(s).

NCA

\*\*\*\* \*\*\*\* 2465

Page 2

Case: 25-41405  Doc# 39  Filed: 09/21/25  Entered: 09/21/25 22:35:19  Page 23 of 23