

Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Ste 7265
Santa Rosa CA 95407
Phone: (707) 280-2791
Fax:    (707) 626-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor-In-Possession
Jorge Almanza Martin Del Campo

The following constitutes the order of the Court.
Signed: October 2, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. | 25-41405 CN |
|---|---|---|
| Jorge Almanza Martin Del Campo | Chapter | 11 |
| Debtor-In-Possession | **SECOND INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL** | |
| | Date: September 25, 2025<br>Time: 11:00 AM<br>Judge: Hon. Charles Novack<br>Ctrm: 1300 Clay St, Ctrm 215<br>Via Zoom Video Conference | |

The motion of Debtor Jorge Almanza Martin Del Campo for an Order Authorizing Use of Cash Collateral pursuant to Bankruptcy Code § 363, [Dkt # 27] filed August 29, 2025, came before this Court by noticed hearing on September 12, 2025. A continued preliminary hearing on Debtor's Motion to Use Cash Collateral was held on September 25, 2025, at 11:00 AM.

Evan Livingstone appeared for the Debtor. Joshua L. Scheer appeared for creditors Twin Rivers Capital, and Omega Realty & Lending, Inc., Chin-Chai Low and Lai-Fen Wong, Trustees; Barry L. Chin and Susan Y. Chin, Trustees, Siva Uppalapati and Padma Uppalapati Trustees. After considering the pleadings in support and against, and hearing oral arguments, for the reasons stated on the record,

THE COURT ORDERS as follows:

The Motion to Use Cash Collateral is granted on an interim basis. Debtor is authorized to pay the following expenses for the month of October 2025 only:

| | |
|---|---|
| Property Insurance | $900.00 |
| PGE (electricity) | $270.00 |
| EBMUD (water & sewer) | $550.00 |
| Waste Management (garbage) | $450.00 |
| Repairs to Building | $500.00 |
| Truck Insurance | $215.03 |
| Gas for Truck | $225.00 |
| Phone | $100.00 |
| **Total Authorized Expenses** | **$3,210.03** |

IT IS FURTHER ORDERED that:

Debtor and Creditors Twin Rivers Capital, and Omega Realty & Lending, Inc., Chin-Chai Low and Lai-Fen Wong, Trustees; Barry L. Chin and Susan Y. Chin, Trustees, Siva Uppalapati and Padma Uppalapati Trustees shall meet and confer to determine the amount of cash collateral that Debtor needs to use, the amount of payment to offer to Felipe R. Pinedo, and the amount of adequate protection that Debtor plans to make to Creditors Twin Rivers Capital, and Omega Realty & Lending, Inc., Chin-Chai Low and Lai-Fen Wong, Trustees; Barry L. Chin and Susan Y. Chin, Trustees, Siva Uppalapati and Padma Uppalapati Trustees.

A continued preliminary hearing on Debtor's Motion to Use Cash Collateral is scheduled for October 10, 2025, at 11:00 AM in/via Oakland Room 215 - Novack.

The Status Conference is also continued to October 10, 2025, at 11:00 AM in/via Oakland Room 215 - Novack

*** END OF ORDER ***

Approved as to form:

Dated: October 1, 2025　　　/s/Joshua L. Scheer
　　　　　　　　　　　　　Joshua L. Scheer, Attorney for
　　　　　　　　　　　　　 Twin Rivers Capital, and Omega Realty & Lending, Inc., Chin-Chai Low and Lai-Fen Wong, Trustees; Barry L. Chin and Susan Y. Chin, Trustees, Siva Uppalapati and Padma Uppalapati Trustees.

**COURT SERVICE LIST**