# Exhibit A
## Emails with Banks



Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>          Wed, Aug 27, 2025 at 1:47 PM
To: Silvia Marjoram <Smarjoram@americanbusinessbank.com>

Dear Silvia:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that American Business Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Wed, Aug 27, 2025 at 1:48 PM
To: Brandon Hines <GlobalFiduciaryBanking@axosbank.com>

Dear Brandon:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Axos Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

Hello Evan,

Please be advised, Bank of America is still listed on the approved Banking List with the EOUST for Debtor in Possession relationships,

However, only clients with an **existing Commercial Banking relationship with an assigned banker will be serviced**. We will not open or service any Debtor in Possession account for a consumer or small business relationship, whether an existing client of Bank of America's or not.

Please assist the client with recommending another EOUST approved institution.

We apologize for any inconvenience.

Thank you,
DIP_Bankruptcy



---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Thursday, August 7, 2025 11:00 AM (UTC-04:00)
**To:** DIP_Bankruptcy <dip_bankruptcy2@bofa.com>
**Cc:** Jorge Almanza <Jorgealmanza4838@gmail.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

Dear Assigned Banker:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.

He has an existing account with Bank of America, account no. 3251 3067 2465.

Can you help me help Mr. Almanza set up a DIP Account?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

To reply to our email directly, send an email to: evanmlivingstone@gmail.com

**RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Posses…**

From:    DIP_Bankruptcy
To:      evanmlivingstone@gmail.com, DIP_Bankruptcy
Cc:
Sent:    8/15/2025 4:46:38 AM

Hello Evan,

Please be advised, we're unable to convert existing account #2465 into a Debtor in Possession account.

We apologize for the inconvenience.

Thank you,
DIP_Bankruptcy

**BANK OF AMERICA** 〰〰

---

**From:** evanmlivingstone@gmail.com <evanmlivingstone@gmail.com>
**Sent:** Thursday, August 14, 2025 11:42 PM (UTC-04:00)
**To:** DIP_Bankruptcy <dip_bankruptcy2@bofa.com>
**Cc:** Jorgealmanza4838@gmail.com; evanmlivingstone@gmail.com
**Subject:** RE: secmail:25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account - Convert Existing Account to DIP Account?

Dear DIP_Bankruptcy:

Mr. Almanza Martin Del Campo does not appear to have  an existing Commercial Banking relationship with an assigned banker.

I understand that therefore, Bank of America will not be able to open a DIP account for the Debtor.

My next question is whether it would be possible to convert Debtor's existing Bank of America account (2465) to a DIP account?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

---

**From:** DIP_Bankruptcy
**Sent:** Fri, 8 Aug 2025 12:34:01 +0000
**To:** Evan Livingstone, DIP_Bankruptcy
**Cc:** Jorge Almanza
**Subject:** RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

Hello Evan,

Please be advised, Bank of America is still listed on the approved Banking List with the EOUST for Debtor in Possession relationships,

However, only clients with an **existing Commercial Banking relationship with an assigned banker will be serviced**. We will not open or service any Debtor in Possession account for a consumer or small business relationship, whether an existing client of Bank of America's or not.

Please assist the client with recommending another EOUST approved institution.

We apologize for any inconvenience.

Thank you,

DIP_Bankruptcy

**From:** Evan Livingstone <evanmjlivingstone@gmail.com>
**Sent:** Thursday, August 7, 2025 11:00 AM (UTC-04:00)
**To:** DIP_Bankruptcy <dip_bankruptcy2@bofa.com>
**Cc:** Jorge Almanza <Jorgealmanza4838@gmail.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

Dear Assigned Banker:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.

He has an existing account with Bank of America, account no. 3251 3067 2465.

Can you help me help Mr. Almanza set up a DIP Account?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

To reply to our email directly, send an email to: evanmlivingstone@gmail.com

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/privacy-overview/ (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/privacy-overview/ (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

 Gmail

**Evan Livingstone <evanmlivingstone@gmail.com>**

---

## RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

---

**Pang, Sandra** <sandra.pang@bmo.com>                                    Fri, Aug 8, 2025 at 1:57 PM
To: Evan Livingstone <evanmlivingstone@gmail.com>
Cc: Jorge Almanza <Jorgealmanza4838@gmail.com>

Thank you for your e-mail.

BMO Bank is no longer providing DIP accounts as an institution.
If your bankruptcy deposits are over $2MM, we could seek exceptions but no
guaranty these would be done.
If your client meets this criterion and wish to pursue further, I can connect you with
the team who can assist you.
Best Regards,

**Sandra Pang**

Specialist II-IC Capital Market

Fixed Income & Capital Markets Securities Operations

T (415) 477-5360

2623 Camino Ramon, Suite 400,  San Ramon, CA  94583

Sandra.pang@bmo.com



**Out of Office:  08/11 to 08/15/25**

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, August 8, 2025 1:19 PM
**To:** Pang, Sandra <sandra.pang@bmo.com>
**Cc:** Jorge Almanza <Jorgealmanza4838@gmail.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

**External Email:** Use caution with links and attachments. | **Courriel externe** : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.

Dear Ms. Pang:


My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.


Is this a matter that your bank BMO can help with?


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Wed, Aug 27, 2025 at 1:50 PM
To: Katrina Michalk <katrina.michalk@cadencebank.com>

Dear Katrina:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Cadence Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone <evanmlivingstone@gmail.com>**                    Wed, Aug 27, 2025 at 1:51 PM
To: David Rouhafza <drouhafza@bankcbc.com>

Dear David:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that California Bank of Commerce can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**JPMC UST Bankruptcy Inquiries** <jpmc.ust.bankruptcy.inquiries@jpmchase.com>

Tue, Aug 12, 2025 at 8:14 AM

To: Evan Livingstone <evanmlivingstone@gmail.com>
Cc: JPMC UST Bankruptcy Inquiries <jpmc.ust.bankruptcy.inquiries@jpmchase.com>


Thank you for contacting us in regards to a Debtor in Possession (DIP) account request. Chase only establishes DIP accounts for customers with an existing deposit account(s) with the bank that have been open for more than 90 days prior to the bankruptcy filing date.

To begin the review process can you please confirm/provide the following information:

1) Last 4 digits of the existing Chase account:
2) Preferred local branch information:
3) Debtor's contact information including email address.
4) Has the bankruptcy court entered any order in the case impacting the opening or titling of these DIP accounts?  If yes, please provide.
5) How many DIP accounts are being requested:

Note: At this time, the bankruptcy filing is not showing a valid SSN as it is listed as all zeros. We require a valid SSN to be listed in the bankruptcy filing.


**Firmwide Bankruptcy Operations**
JPMorgan Chase

407-771-0920

jpmc.ust.bankruptcy.inquiries@jpmchase.com


---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Tuesday, August 12, 2025 11:00 AM
**To:** JPMC UST Bankruptcy Inquiries <jpmc.ust.bankruptcy.inquiries@jpmchase.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account


Dear Mr. Gutierrez:


My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.


Is this a matter that Chase Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

 **Gmail**

<div align="right">Evan Livingstone &lt;evanmlivingstone@gmail.com&gt;</div>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** &lt;evanmlivingstone@gmail.com&gt;                     Tue, Aug 12, 2025 at 8:00 AM
To: aaron.j.walker@citi.com
Bcc: Jorge Almanza &lt;Jorgealmanza4838@gmail.com&gt;

Dear Mr. Walker:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.

Is this a matter that CitiBank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com



Evan Livingstone <evanmlivingstone@gmail.com>

---

# 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                     Wed, Aug 27, 2025 at 1:53 PM
To: Warren Butler <warren.butler@citizensbank.com>

Dear Warren:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Citizens Bank N.A. can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Wed, Aug 27, 2025 at 1:55 PM
To: Katrina McLean <krmclean@cbbank.com>

Dear Katrina:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Citizens Business Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

---

## RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

---

**Coscia, John** <John.Coscia@cnb.com>                                    Wed, Sep 10, 2025 at 4:55 PM
To: Evan Livingstone <evanmlivingstone@gmail.com>
Cc: "Kassaie, Mahnaz" <Mahnaz.Kassaie@cnb.com>, Treasury Funding Desk <treasuryfundingdesk@cnb.com>

Evan –

My apologies, but I just realized you are not a CNB colleague.

CNB does not offer bankruptcy accounts to non-clients.

Apologies for any confusion,

John


**John A. Coscia, CFA**

*Senior Vice President*

*Director – Portfolio & Funding*

**City National Bank**

ph 213-673-8366

fx 213-673-9872

john.coscia@cnb.com

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Wednesday, September 10, 2025 4:37 PM
**To:** Coscia, John <John.Coscia@cnb.com>
**Cc:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>; Treasury Funding Desk <treasuryfundingdesk@cnb.com>
**Subject:** Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account


[EXTERNAL]


Mahnaz:


Can you please let me know what documents you need from me to assist Debtor to open a DIP account with City National Bank?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

On Wed, Sep 10, 2025 at 4:31 PM Coscia, John <John.Coscia@cnb.com> wrote:

Treasury has no concerns.  The process to open a BK account can be found here:

http://www.manuals.cityweb.cityntl.com/manuals/Accounts/WebHelp/ProdTypes/EstblshBKAccts.htm

http://www.manuals.cityweb.cityntl.com/manuals/Accounts/WebHelp/ProdTypes/BKAccts.htm

**John A. Coscia, CFA**

*Senior Vice President*

*Director – Portfolio & Funding*

**City National Bank**

ph 213-673-8366

fx 213-673-9872

john.coscia@cnb.com

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Wednesday, September 10, 2025 4:24 PM
**To:** Coscia, John <John.Coscia@cnb.com>
**Cc:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>; Treasury Funding Desk <treasuryfundingdesk@cnb.com>
**Subject:** Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

[EXTERNAL]

John:

Have you been able to decide whether City National Bank is able to open an DIP account for Mr. Almanza?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

On Sun, Aug 31, 2025 at 4:54 PM Coscia, John <John.Coscia@cnb.com> wrote:

OK – Thank you!

**John A. Coscia, CFA**

*Senior Vice President*

*Director – Portfolio & Funding*

**City National Bank**

ph 213-673-8366

fx 213-673-9872

john.coscia@cnb.com

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, August 29, 2025 7:11 PM
**To:** Coscia, John <John.Coscia@cnb.com>
**Cc:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>; Treasury Funding Desk <treasuryfundingdesk@cnb.com>
**Subject:** Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

[EXTERNAL]

Probably about $40K

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd Unit 7265
Santa Rosa, CA 95407
tel.  (707) 280-2791
fax  (707) 676-9112


On Fri, Aug 29, 2025, 1:14 PM Coscia, John <John.Coscia@cnb.com> wrote:

How large do we expect the maximum balance in the account to be?


**John A. Coscia, CFA**

*Senior Vice President*

*Director – Portfolio & Funding*

**City National Bank**

ph 213-673-8366

fx 213-673-9872

john.coscia@cnb.com


---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, August 29, 2025 12:26 PM
**To:** Coscia, John <John.Coscia@cnb.com>
**Cc:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>; Treasury Funding Desk <treasuryfundingdesk@cnb.com>
**Subject:** Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account


[EXTERNAL]

It would have deposits and withdrawals of about $13,000 a month.


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd Unit 7265
Santa Rosa, CA 95407
tel.  (707) 280-2791
fax  (707) 676-9112


On Fri, Aug 29, 2025, 12:23 PM Coscia, John <John.Coscia@cnb.com> wrote:

How large is the account?

Thanks!


**John A. Coscia, CFA**

*Senior Vice President*

*Director – Portfolio & Funding*

**City National Bank**

ph 213-673-8366

fx 213-673-9872

john.coscia@cnb.com

---

**From:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>
**Sent:** Friday, August 29, 2025 11:50 AM
**To:** Evan Livingstone <evanmlivingstone@gmail.com>
**Cc:** Coscia, John <John.Coscia@cnb.com>
**Subject:** RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

+ John

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Wednesday, August 27, 2025 1:56 PM
**To:** Kassaie, Mahnaz <Mahnaz.Kassaie@cnb.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

[EXTERNAL]

Dear Mahnaz:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that City National Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, you have received this communication in error; please do not review, use or disseminate this communication and you

are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to:
evanmlivingstone@gmail.com



Evan Livingstone <evanmlivingstone@gmail.com>

---

# 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>          Wed, Aug 27, 2025 at 1:57 PM
To: Stephanie Stevens <stephanie_stevens@comerica.com>

Dear Stephanie:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Comerica Bank - California can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com



Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>        Wed, Aug 27, 2025 at 1:59 PM
To: Rick Arbuckle <richard.arbuckle@eastwestbank.com>

Dear Rick:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that East - West Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**      Evan Livingstone <evanmlivingstone@gmail.com>

## Fwd: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>      Wed, Sep 10, 2025 at 4:36 PM
To: ivan.luna@exchangebank.com

Ivan:

I am not sure if you received the email I sent on 9/5/2025. Apparently I did not include the "." between your first and last name. Attached is the info we discussed regarding Mr. Almanza's bankruptcy. Please advise if you are able to open a DIP account for him.

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

---------- Forwarded message ---------
From: **Evan Livingstone** <evanmlivingstone@gmail.com>
Date: Fri, Sep 5, 2025 at 12:54 PM
Subject: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
To: Ivan Luna <ivanluna@exchangebank.com>

Dear Mr. Luna:

I'm forllowing up on today's conversation regarding whether Exchange Bank is able to open a Chapter 11 DIP account for Jorge Almanza.

Please see attached the following documents:

1) Passport and ITIN

2) 25-41405 Almanza Bankruptcy Petition

3) 25-41425 Almanza EIN for BK Estate

Please note that at this time the only government ID which Mr Almanza has is his Mexican passport. Please advise if Exchange Bank is able to open a DIP account with these documents.

Also please note that the United States Trustee requires two DIP accounts, one for business expenses and one for personal expenses.

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

<u>CONFIDENTIALITY NOTICE:</u>

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

---------- Forwarded message ---------
From: **Evan Livingstone** <evanmlivingstone@gmail.com>
Date: Wed, Aug 27, 2025 at 2:00 PM
Subject: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
To: Shauna Lorenzen <Shauna.Lorenzen@exchangebank.com>

Dear Shauna:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Exchange Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

<u>CONFIDENTIALITY NOTICE:</u>

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

**3 attachments**

**25-41405 Almanza Passport and ITIN.pdf**
253K

**25-41405 Almanza Bankruptcy Petition.pdf**
384K

**25-41425 Almanza EIN for BK Estate.pdf**
18K

 **Gmail**

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Wed, Aug 27, 2025 at 2:03 PM
To: Kevin Spink <kspink@thatsmybank.com>

Dear Kevin:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that First Northern Bank of Dixon can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Wed, Aug 27, 2025 at 2:02 PM
To: Sandra Graffeo <Sandra.Graffeo@firstcitizens.com>

Dear Sandra:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that First-Citizens Bank & Trust Company can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com


Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>
To: Robert Bloch <rbloch@signatureny.com>

Wed, Aug 27, 2025 at 2:04 PM

Dear Robert:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Flagstar Bank, N.A. can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>         Tue, Aug 12, 2025 at 8:00 AM
To: christopher.young@herbank.com
Bcc: Jorge Almanza <Jorgealmanza4838@gmail.com>

Dear Mr. Young:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 Bankruptcy case and needs to open a DIP account.

Is this a matter that Heritage Bank of Commerce can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**       **Evan Livingstone <evanmlivingstone@gmail.com>**

---

## Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

---

**Operations . <operations@lexiconbank.com>**       Fri, Sep 12, 2025 at 1:35 PM
To: Evan Livingstone <evanmlivingstone@gmail.com>

Hello Evan,

Thank you for your interest in opening a DIP account with Lexicon. At this time, we only offer DIP accounts in Nevada.

We truly appreciate your interest and wish you the best in finding a financial institution that meets your needs.

Warm regards,


Isabel Ruelas

AVP, Branch Manager

**Lexicon Bank Operations**

Main: 1(702) 780-7700
operations@lexiconbank.com

    TIVOLI VILLAGE
330 S. RAMPART BLVD
SUITE 150
LAS VEGAS, NV 89145    



On Fri, Sep 12, 2025 at 8:46 AM Evan Livingstone <evanmlivingstone@gmail.com> wrote:
> Dear Lexicon Bank:
>
> My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern
> District of California Bankruptcy Court, and needs to open a DIP account.
>
> Is this a matter that Lexicon Bank can help with?
>
> Evan Livingstone
> Law Office of Evan Livingstone
> 2585 Sebastopol Rd, Unit 7265
> Santa Rosa, CA 95407
> tel. (707) 280-2791
> fax (707) 676-9112
>
> CONFIDENTIALITY NOTICE:
> This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly
> limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole
> use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not
> intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are

not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic

mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information that may be confidential or privileged and is intended only for
the individual or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication are strictly prohibited and may be unlawful.

If you received this message in error, please notify us immediately at IT@LexiconBank.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

---

## RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

---

**Winny Lo** <Winny.Lo@preferredbank.com>       Fri, Sep 12, 2025 at 11:35 AM
To: Evan Livingstone <evanmlivingstone@gmail.com>

Hello Mr. Livingstone,

Thank you for your below email, Preferred Bank can only open DIP account with customer who has established banking relationship with Preferred Bank prior.

Best regards,

Winny Lo

First Vice President

Operations Administration

**Preferred Bank**

El Monte Office

9350 Flair Drive, Suite 425

El Monte, CA 91731

Dir: (626) 656-1811

Fax: (626) 782-0889

Email: winny.lo@preferredbank.com

www.preferredbank.com

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 8:49 AM
**To:** Winny Lo <Winny.Lo@preferredbank.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

You don't often get email from evanmlivingstone@gmail.com. Learn why this is important

Case: 25-41405    Doc# 46-1    Filed: 10/10/25    Entered: 10/10/25 21:47:05    Page 35 of 53

**WARNING:** This email is from an external source.  Do not click links or attachments unless you recognize the sender and know the content is safe.

Dear Winny:


My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Preferred Bank can help with?


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com



**Evan Livingstone <evanmlivingstone@gmail.com>**

## RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Charlene Richman** <crichman@summitstatebank.com>                    Mon, Sep 15, 2025 at 11:36 AM
To: Evan Livingstone <evanmlivingstone@gmail.com>

Hi Evan,


Thank you for your inquiry. Unfortunately at this time, we are unable to accommodate your request. My apologies, we are still working with them on updating our information on the website indicating as such. Please let me know if there are any questions.


Kind regards,

Charlene


**Charlene Richman, SVP, Director of Compliance**

500 Bicentennial Way, Santa Rosa, CA 95403

Direct 707.568.4904  Fax 707.568.4631

crichman@summitstatebank.com

NASDAQ: SSBI



---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 8:51 AM
**To:** Compliance Team <ComplianceTeam@summitstatebank.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account


⚠️ **EXTERNAL Message: Proceed with Caution!**

Dear Summit State Bank:


My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Summit State Bank can help with?



Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

<u>CONFIDENTIALITY NOTICE:</u>

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

---

E-MAIL NOTICE
Summit State Bank will never send an email asking you to provide, verify, update or confirm any personal, account, or financial information.

This email and any files transmitted with it are intended only for the personal and confidential use of the recipient named in this email. If you are not the intended recipient (or responsible for the delivery of the message to the intended recipient), you are hereby notified that any dissemination, distribution, copying, or other use of, or taking of any action in reliance on this email is strictly prohibited. If you have received this email in error, please contact the sender, Postmaster@summitstatebank.com or call (707) 568-6000 immediately and delete all copies of this email from your system. All email sent to and from this address will be received or otherwise recorded by Summit State Bank's email system and is subject to archival, monitoring or review by, and/or disclosure to, someone other than the recipient.



Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Fri, Sep 12, 2025 at 8:51 AM
To: Genie Del Secco <complianceteam@summitstatebank.com>

Dear Summit State Bank:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Summit State Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com



Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Fri, Sep 12, 2025 at 8:53 AM
To: John Radwanski <jradwanski@westernalliancebank.com>

Dear John:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Torrey Pines Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com



Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Fri, Sep 12, 2025 at 8:55 AM
To: Martin McKown <mmckown@tscbank.com>

Dear Martin:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Tri State Capital Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**                                                    Evan Livingstone <evanmlivingstone@gmail.com>

# 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                          Fri, Sep 12, 2025 at 8:58 AM
To: Runa Kargupta <Runa.kargupta@unionbank.com>

Dear Runa:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District
of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Union Bank of California can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited
to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the
intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and
does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended
recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all
copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

---

# RE: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

---

**TERRY CURLEY** <TCURLEY@ubb-us.com>            Fri, Sep 12, 2025 at 10:16 AM
To: Evan Livingstone <evanmlivingstone@gmail.com>

Evan,

Not at this time.

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 10:15 AM
**To:** TERRY CURLEY <TCURLEY@ubb-us.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Terry:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that United Business Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

CONFIDENTIALITY NOTICE: The information contained in this email from United Business Bank is confidential and may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the addressee, you are hereby notified that review, use, dissemination, disclosure, copying or taking action in reliance on the contents of this information is strictly prohibited. If you receive this communication in error, please delete the email and notify us at 925.476.1800. Thank you.



Evan Livingstone <evanmlivingstone@gmail.com>

---

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Fri, Sep 12, 2025 at 10:15 AM
To: Terry Curley <tcurley@ubb-us.com>

Dear Terry:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that United Business Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**

Evan Livingstone <evanmlivingstone@gmail.com>

## 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                    Fri, Sep 12, 2025 at 10:16 AM
To: Justin Roth <jroth@websterbank.com>

Dear Justin:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Webster Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 **Gmail**

Evan Livingstone <evanmlivingstone@gmail.com>

---

## Re: 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

1 message

---

**Evan Livingstone** <evanmlivingstone@gmail.com>           Thu, Sep 25, 2025 at 8:38 AM
To: BANKRUPTCY REPORTING <bnkrptrp@wellsfargo.com>

Please be advised that Mr. Almanza went into his local branch, but was told that they could not open a DIP account for him.

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

On Tue, Sep 16, 2025 at 9:56 AM BANKRUPTCY REPORTING <bnkrptrp@wellsfargo.com> wrote:

Dear Evan Livingstone :

Thank you for your communication regarding bankruptcy case #25-41405  Jorge Almanza Martin Del Campo. Please direct your client to the nearest Wells Fargo branch to assist with opening of a Debtor in Possession (DIP) account.  Please note that this is not a normal process for bankers.  Therefore, please have your client take our contact information listed below with them.  The banker should reach out to our team for assistance.

To ensure prompt service, please log onto WellsFargo.com and schedule an appointment with your branch of choice.

If you have questions, please email us at bnkrptrp@wellsfargo.com, or call 866-987-4283, Monday through Friday, 8:00 a.m. to 4:30 p.m. Central Time.

Deposits Bankruptcy Department

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 12:20 PM
**To:** BANKRUPTCY REPORTING <bnkrptrp@wellsfargo.com>
**Subject:** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account


Dear Wells Fargo Bank:


My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Wells Fargo Bank can help with?


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

 Gmail

Evan Livingstone <evanmlivingstone@gmail.com>

# Re: *** EXTERNAL *** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account -2nd Request
1 message

**Evan Livingstone** <evanmlivingstone@gmail.com>                     Thu, Oct 2, 2025 at 8:57 AM
To: Cameron Clarke <cameron.clarke@westernalliancebank.com>
Cc: Jorge Almanza <Jorgealmanza4838@gmail.com>, Jaime Privat <soyjpb@yahoo.com>

Cameron:

Is Western Alliance Bank still able to open DIP accounts for the Debtor, Jorge Almanza?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

On Mon, Sep 29, 2025 at 11:08 AM Evan Livingstone <evanmlivingstone@gmail.com> wrote:

Cameron:

Yes. Mr. Almanza still needs to open two DIP accounts: one for rent from his building and one for income from his employment.

Please advise on next steps.

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

On Tue, Sep 16, 2025 at 8:57 AM Cameron Clarke <cameron.clarke@westernalliancebank.com> wrote:

Good morning Evan,

I hope your day is off to a good start. I reviewed the details with my Operations team, and we can support the account if there is still a need.

Let me know.

Thanks,

Cameron



Cameron Clarke

DIRECTOR OF DEPOSIT SERVICES | JURIS BANKING

T (619) 963.2712 | www.westernalliancebank.com

450 B. STREET, STE 150 | SAN DIEGO, CA 92101



Download our 2025 Digital Payments in Class Actions and Mass Torts Report

---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 2:22 PM
**To:** Cameron Clarke <cameron.clarke@westernalliancebank.com>
**Subject:** Re: *** EXTERNAL *** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

---

## <span style="color:red">ATTENTION:</span> This email originated from outside of the WAB Network. <span style="color:red">DO NOT</span> click on any links or download attachments from unknown senders<span style="color:red">!!!</span>

---

Cameron:

Attached his Debtor's

Bankruptcy petition

Passport

ITIN

Bankruptcy Estate EIN


Please let me know if Western Alliance Bank will be able to assist the Debtor with opening a DIP account.


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112



On Fri, Sep 12, 2025 at 1:36 PM Cameron Clarke <cameron.clarke@westernalliancebank.com> wrote:

Hi Evan,


Sounds good. Should be able to give you a call around 2.


Thanks,

Cameron






Cameron Clarke

DIRECTOR OF DEPOSIT SERVICES | JURIS BANKING

T (619) 963.2712 | www.westernalliancebank.com

450 B. STREET, STE 150 | SAN DIEGO, CA 92101


Download our 2025 Digital Payments in Class Actions and Mass Torts Report


---

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 1:05 PM
**To:** Cameron Clarke <cameron.clarke@westernalliancebank.com>

Case: 25-41405   Doc# 46-1   Filed: 10/10/25   Entered: 10/10/25 21:47:05   Page 51
of 53

**Subject:** Re: *** EXTERNAL *** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

## ATTENTION: This email originated from outside of the WAB Network. DO NOT click on any links or download attachments from unknown senders!!!

Cameron:

I am available this afternoon. You can call me at (707) 280-2791.

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

On Fri, Sep 12, 2025 at 11:50 AM Cameron Clarke <cameron.clarke@westernalliancebank.com> wrote:

> Hello Evan,
>
> I hope you are having a good Friday. We are interested in assisting with this request.
>
> Please let me know when you have 5 minutes to discuss the details.
>
> Thanks,
>
> Cameron



Cameron Clarke

DIRECTOR OF DEPOSIT SERVICES | JURIS BANKING

T (619) 963.2712 | www.westernalliancebank.com

450 B. STREET, STE 150 | SAN DIEGO, CA 92101

Download our 2025 Digital Payments in Class Actions and Mass Torts Report

**From:** Evan Livingstone <evanmlivingstone@gmail.com>
**Sent:** Friday, September 12, 2025 8:54 AM
**To:** John Radwanski <JRadwanski@WesternAllianceBank.com>
**Subject:** *** EXTERNAL *** 25-41405 Jorge Almanza Martin Del Campo Chapter 11 Debtor in Possession Account

# ATTENTION: This email originated from outside of the WAB Network. DO NOT click on any links or download attachments from unknown senders!!!

Dear John:

My client Jorge Almanza Martin Del Campo has filed a Chapter 11 bankruptcy case No. 25-41405 in the Northern District of California Bankruptcy Court, and needs to open a DIP account.

Is this a matter that Torrey Pines Bank can help with?

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 280-2791

fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to:
evanmlivingstone@gmail.com