

Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Ste 7265
Santa Rosa CA 95407
Phone: (707) 280-2791
Fax:    (707) 626-9112
Email:  evanmlivingstone@gmail.com

Attorney for Debtor-In-Possession
Jorge Almanza Martin Del Campo

The following constitutes the order of the Court.
Signed: October 27, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.    25-41405 CN |
| Jorge Almanza Martin Del Campo | Chapter    11 |
| Debtor-In-Possession | **ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNT, AND OPENING SECOND BANK ACCOUNT IN LIEU OF DIP ACCOUNTS** |
| | Date:    October 24, 2025
Time:    11:00 AM
Judge:   Hon. Charles Novack
Ctrm:    1300 Clay St, Ctrm 215
Via Zoom Video Conference |

The motion of Debtor Jorge Almanza Martin Del Campo for an Order Authorizing Debtor to Use His Existing Bank Account at Bank of America as a Debtor-in-Possession (DIP) account for cash collateral derived from rent received from the real property at 4824 Bancroft Ave, Oakland, CA 94601, and to open a second bank account at Bank of America, or another institution to use as a DIP account for Debtor's non-cash collateral income from employment, [Doc# 46] filed: 10/10/25, came before this Court by noticed hearing on October 24, 2025.

Evan Livingstone appeared for the Debtor. There was no appearance by creditors or the United States Trustee. After considering the pleadings in support, and there being no opposition, for the reasons stated on the record,

THE COURT ORDERS as follows:

Debtor's motion is granted. Debtor may use his existing bank account at Bank of

America in lieu of a Debtor-in-Possession (DIP) account for cash collateral derived from rent received from the real property at 4824 Bancroft Ave, Oakland, CA 94601.

THE COURT ORDERS further orders follows:

Debtor may open a second bank account at Bank of America, or another financial institution, to use in lieu of a DIP account for Debtor's non-cash collateral income from employment.

*** END OF ORDER ***

**COURT SERVICE LIST**

Case: 25-41405   Doc# 52   Filed: 10/27/25   Entered: 10/27/25 15:50:53   Page 3 of 3