Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa CA 95407
Phone: (707) 280-2791
Fax:    (707) 626-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor-In-Possession
Jorge Almanza Martin Del Campo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No.   25-41405 CN |
|---|---|
| Jorge Almanza Martin Del Campo | Chapter   11 |
| Debtor-In-Possession | **STIPULATION TO USE CASH COLLATERAL TO PAY PROPERTY TAXES** |
| | Judge:  Hon. Charles Novack |

WHEREAS the real property at 4824 Bancroft Ave, Oakland, CA 94601 Alameda County APN 035-2384-003-03169 is property of the bankruptcy estate of Debtor Jorge Almanza Martin Del Campo.

Whereas a County of Alameda property tax bill for the Real Property is due on December 10, 2025, in the amount of $ 13,744.45. (See Exhibit A – Secured Property Tax Statement.)

Whereas secured creditors Twin Rivers Capital a California Corporation, $75,000.00/$90,000.00ths; Omega Realty & Lending, Inc, $15,000.00/$90,000.00ths ("Twin Rivers"), and Chin-Chai Low and Lai-Fen Wong, Trustees of the Low/Wong Family Trust dated September 9, 1999, and any amendments thereto, $150,000.00/$350,000.00ths; Barry L. Chin and Susan Y. Chin, Trustees, or their successors in trust, under the Chin Living Trust, dated April 13, 2001 and any amendments thereto, $100,000.00/$350,000.00ths; Siva Uppalapati and Padma Uppalapati, as CO-Trustees of the Uppasana Family Trust, U/A dated November 8, 2022, $100,000.00/$350,000.00ths ("Low Creditors") and Felipe Pinedo, collectively "Secured Creditors", have a security interest in the rental income derived from the Real Property.

Whereas the parties previously entered into a Stipulation for Adequate Protection and Continued Use of Cash Collateral filed with this Court on November 24, 2025 ("Cash Collateral Stipulation"), docket number 55.

Whereas the Twin Rivers and the Low Creditors have previously authorized Debtor to use cash collateral to pay property taxes in the amount of $3,874.72. (See Doc #55):

| | |
|---|---:|
| November 2025: | $1,937.36 |
| December 2025: | $1,937.36 |
| Authorized Use of Cash Collateral: | $3,874.72 |
| Amount of Tax Bill | $13,744.45 |
| Remaining Authorization Required to Pay Bill | $9,869.73 |

Whereas paying the Secured Property Tax Bill is in the interest of Debtor's bankruptcy estate and in the interest of the Secured Creditors.

Whereas Debtor has made certain payments pursuant to the Cash Collateral Stipulation, however the Low Creditors and Twin Rivers assert that there is a default of the Cash Collateral Stipulation and/or cause for relief from stay for various other reasons.

Whereas Debtor has sufficient cash collateral to pay the additional $9,869.73 required to pay the Secured Property Tax Bill and the Low Creditors and Twin Rivers do not oppose payment of this bill.

Therefore, it is hereby STIPULATED among Debtor, and Secured Creditors that Debtor Jorge Almanza Martin Del Campo is authorized to spend an additional $9,869.73 of cash collateral for a total amount of $13,744.45 to pay the Secured Property Tax Bill due December 10, 2025.

This Stipulation shall not otherwise modify the terms of the Cash Collateral Stipulation and is being entered into by the parties without prejudice or waiver of any rights, including, but not limited to the rights of the Low Creditors and Twin Rivers to file a Motion for Relief and/or a Motion to Dismiss.

//

//

//

| | | |
|---|---|---|
| Dated: December 5, 2025 | | /s/Evan Livingstone<br>Evan Livingstone<br>Attorney for Debtor<br>Jorge Almanza Martin Del Campo |
| Dated: December 5, 2025 | | SCHEER LAW GROUP, LLP<br><br>/s/Joshua L. Scheer<br>Joshua L. Scheer, Attorney for<br>Twin River and Low Creditors |
| Dated: 12 / 05 / 2025 | | _____<br>Dustin J. Dyer<br>Attorney for Felipe Pinedo |