

The following constitutes the order of the Court.
Signed: December 5, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

1  SCHEER LAW GROUP, LLP
   JOSHUA L. SCHEER #242722
2  REILLY D. WILKINSON #250086
   85 ARGONAUT, SUITE 202
3  ALISO VIEJO, CA 92656
   Telephone: (949) 263-8757
4  Facsimile: (949) 308-7373
   Email: jscheer@scheerlawgroup.com

8  Attorneys for
   Twin Rivers Capital a California Corporation, $75,000.00/$90,000.00ths; Omega Realty &
9  Lending, Inc, $15,000.00/$90,000.00ths, and
   Chin-Chai Low and Lai-Fen Wong, Trustees of the Low/Wong Family Trust dated September 9,
10 1999, and any amendments thereto, $150,000.00/$350,000.00ths; Barry L. Chin and Susan Y.
   Chin, Trustees, or their successors in trust, under the Chin Living Trust, dated April 13, 2001 and
11 any amendments thereto, $100,000.00/$350,000.00ths; Siva Uppalapati and Padma Uppalapati,
   as CO-Trustees of the Uppasana22 Family Trust, U/A dated November 8, 2022;
12 $100,000.00/$350,000.00ths

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Jorge Almanza Martin Del Campo,<br><br>Debtor. | Bk. No. 25-41405<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION AND FOR CONTINUED USE OF CASH COLLATERAL (Property: 4824 Bancroft Avenue, Oakland, CA 94601)** |

The Court, after reviewing and determining that the parties were agreeable to entry of the Stipulation for Adequate Protection and for Continued Use of Cash Collateral (Property: 4824 Bancroft Avenue, Oakland, CA 94601) as Docket No. 54 ("**Stipulation**"), entered into by Twin Rivers Capital a California Corporation, $75,000.00/$90,000.00ths; Omega Realty & Lending, Inc, $15,000.00/$90,000.00ths, and Chin-Chai Low and Lai-Fen Wong, Trustees of the

Low/Wong Family Trust dated September 9, 1999, and any amendments thereto, $150,000.00/$350,000.00ths; Barry L. Chin and Susan Y. Chin, Trustees, or their successors in trust, under the Chin Living Trust, dated April 13, 2001 and any amendments thereto, $100,000.00/$350,000.00ths; Siva Uppalapati and Padma Uppalapati, as CO-Trustees of the Uppasana22 Family Trust, U/A dated November 8, 2022; $100,000.00/$350,000.00ths (collectively "**Secured Creditors**"), by and through their counsel, Joshua L. Scheer of Scheer Law Group, LLP, and Jorge Almanza Martin Del Campo ("**Debtor**"), through his counsel, Evan Livingstone of The Law Office of Evan Livingstone, and approved as to form by Felipe Pinedo, by and through his counsel, Dustin J. Dyer, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation filed with this Court on November 24, 2025, Docket No. 55, is approved and made an order of this court.

**END OF ORDER**

**COURT SERVICE LIST**