**UNITED STATES BANKRUPTCY COURT**
Northern District of California

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 25-41405 |
| | ) | R.S. No.: |
| Jorge Almanza Martin Del Campo | ) | Hearing Date: 01/07/2026 |
| | ) | Time: 10:00 AM |
| Debtor(s) | ) | |
| _____ | ) | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 08/04/2025  Chapter: 11
 Prior hearings on this obligation: _____ Last Day to File §523/§727 Complaints: 11/07/2025

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

 Secured Creditor [ ] or lessor [ ]
 Fair market value: $_____ Source of value: _____
 Contract Balance: $_____ Pre-Petition Default: $_____
 Monthly Payment: $_____ No. of months: _____
 Insurance Advance: $_____ Post-Petition Default: $_____
  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 4824 Bancroft Avenue, Oakland, CA 94601

 Fair market value: $970,000 Source of value: Debtor's Schedules  If appraisal, date: _____

 Moving Party's position (first trust deed, second, abstract, etc.): second position

 Approx. Bal. $386,806.24   Pre-Petition Default: $16,323.29
 As of (date): December 5, 2025   No. of months: 3
 Mo. payment: $4,083.33   Post-Petition Default: $20,236.77
 Notice of Default (date): N/A   No. of months: 4
 Notice of Trustee's Sale: N/A   Advances Senior Liens: $_____

 Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed Felipe R. Pinedo | $658,315.38 | $ | $ |
| 2nd Trust Deed: Movant | $386,806.24 | $ | $ |
| 3rd Trust Deed: Twin Rivers/ Omega Realty | $129,787.40 | | |
| East Bay Municipal Utility District: | $5,000.00 | | |
| (Total) | $1,179,909.02 | $ | $ |

Other pertinent information: : *The value asserted by Debtor is disputed as Movant believes the value is higher and that there is value supporting its lien. It reserves the right to obtain an updated valuation and/or object to other claims. Relief from stay is mandated under 11 U.S.C. § 362(d)(3) as it has been more than 90 days without a Plan or sufficient interest payments. Relief is also appropriate under (d)(1) and (d)(2) due to the lack of adequate protection, misuse of cash collateral, and other bad faith conduct of the Debtor.

Dated:  December 18, 2025

 /s/ Joshua L. Scheer
 Signature

 Joshua L. Scheer
 Print or Type Name

 Attorney for Movant