

The following constitutes the order of the Court.
Signed: January 3, 2026

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JORGE ALMANZA MARTIN DEL CAMPO,<br><br>Debtor. | Case No. 25-41405 CN<br>Chapter 11<br><br>**ORDER DECLINING TO TENTATIVELY APPROVE THE DISCLOSURE PORTION OF THE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED DECEMBER 22, 2025** |

On December 22, 2025, Debtor Jorge Almanza Martin Del Campo filed a Combined Plan of Reorganization and Disclosure Statement (the "Plan"). The court has reviewed the Plan and cannot tentatively approve the disclosure portion on the ground that the Plan fails to acknowledge or address the $172,976.74 priority claim filed by the Internal Revenue Service. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The court declines to tentatively approve the disclosure portion of the Plan.
2. Debtor shall file an amended Plan that addresses the Internal Revenue Service priority claim within 10 days of the date of the entry of this order. Failure to comply with the deadline may result in the court issuing an order to show cause.

***END OF ORDER***

Case No. 25-41405 CN

# COURT SERVICE LIST

Jorge Almanza Martin Del Campo
4838 Bancroft Ave
Oakland, CA 94601

Other recipients are ECF participants.