

The following constitutes the order of the Court.
Signed: February 3, 2026

_Charles Novack_

**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

JORGE ALMANZA MARTIN DEL
CAMPO,

                Debtor.

Case No.  25-41405 CN
Chapter 11

**ORDER SETTING HEARING ON
DISCLOSURE PORTION OF THE
AMENDED COMBINED PLAN AND
DISCLOSURE STATEMENT DATED
JANUARY 15, 2026**

On January 15, 2026, Debtor Jorge Almanza Martin Del Campo filed an Amended Combined Plan and Disclosure Statement dated January 15, 2026 (the "Plan"). The court has reviewed the Plan and cannot approve the disclosure portion in its current form. Accordingly,

**IT IS HEREBY ORDERED** that a hearing on the disclosure portion of the Plan shall be held on **February 6, 2026,** at **11:00 a.m.,** via Tele/Video conference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

***END OF ORDER***

Case No. 25-41405 CN

## **COURT SERVICE LIST**

Jorge Almanza Martin Del Campo
4838 Bancroft Ave
Oakland, CA 94601

Other recipients are ECF participants.

- 2 -