

The following constitutes the order of the Court.
Signed: March 24, 2026

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JORGE ALMANZA MARTIN DEL CAMPO,<br><br>Debtor. | Case No.  25-41405 CN<br>Chapter 11<br><br>**ORDER TO SHOW CAUSE WHY THIS CHAPTER 11 CASE SHOULD NOT BE DISMISSED OR CONVERTED** |

On  March 13, 2026, the court ordered Debtor to file and serve a Motion to dismiss case and notice the motion for hearing on April 24, 2026.  Debtor failed to comply with the Court's Order.  Accordingly,

**IT IS HEREBY ORDERED** that Debtor shall show cause why this Chapter 11 case should not be dismissed or converted for failure to comply with a court order.  The court will hold a hearing on this Order to Show Cause on **April 10, 2026, at 11:00 a.m.** via Tele/Videoconference in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.  Any response to the Order to Show Cause may be made at the hearing.

**\*\*\*END OF ORDER\*\*\***

Case No. 25-41405 CN

## **<u>COURT SERVICE LIST</u>**

Jorge Almanza Martin Del Campo
4838 Bancroft Ave
Oakland, CA 94601

Other recipients are ECF participants.

Case: 25-41405    Doc# 87    Filed: 03/24/26    Entered: 03/25/26 15:38:54    Page 2 of 2